George Haines, Esq.
E-FILED: March 10, 2010
Nevada Bar No. 9411
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Arnold D. Lao and Gloria N. Lao

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) **Case No. BKS-09-21455-MKN** |
| | ) **Chapter 13** |
| | ) |
| | ) **Hearing Date:   OST REQUESTED** |
| **Arnold D. Lao and Gloria N. Lao**, | ) **Hearing Time:  OST REQUESTED** |
| | ) |
| | ) |
| **Debtor(s).** | ) |
| | ) |
| | ) |

## MOTION FOR ORDER SHORTENING TIME ON MOTION PERMITTING DEBTOR TO MODIFY LOAN

COME NOW, Debtors, Arnold D. Lao and Gloria N. Lao, by and through attorney of record, George Haines, Esq., and hereby move this Honorable Court for an Order Shortening Time within which the attached MOTION PERMITTING DEBTOR TO MODIFY LOAN may be heard in the above-entitled action.

/./.

Debtors are requesting the motion for order shortening time be granted because Buyers offer to purchase the subject property expires March 15, 2010.

This Request is made pursuant to LR 9006 as well as the attached sworn statement.

Dated: March 10, 2010

/s/George Haines, Esq.
George Haines, Esq.
Attorney for Debtor(s)