

**Entered on Docket
March 18, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

David Krieger, Esq.
Nevada Bar No: 9086
George Haines, Esq.
Nevada Bar No: 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Arnold D. Lao and Gloria N. Lao

E-FILED: March 15, 2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>**Arnold D. Lao and Gloria N. Lao**,<br><br>Debtor(s). | Case No. BKS-09-21455-MKN<br>Chapter 13<br><br>Hearing Date:  March 24, 2010<br>Hearing Time:  2:30 P.M. |

**ORDER SHORTENING TIME ON MOTION PERMITTING DEBTORS TO
SELL REAL PROPERTY**

Upon the Debtors' **MOTION FOR ORDER SHORTENING TIME ON MOTION PERMITTING DEBTORS TO** SELL REAL PROPERTY  in the above entitled action, and good cause appearing therefore,

…

…

- 2 -

…

…

IT IS HEREBY ORDERED that the time for hearing on the Debtor**s' MOTION FOR ORDER SHORTENING TIME ON MOTION PERMITTING DEBTOR TO SELL REAL PROPERTY** filed herein by counsel for the Debtors be heard on March 24, 2010, at the hour of 2:30 p.m. in Courtroom # 2 of the above-entitled Court and March 22, 2010 shall be the deadline to objection to this motion.

DATED this _____ day of _____, 200_.

Submitted by:

HAINES & KRIEGER, L.L.C.

By: /s/George Haines, Esq.
George Haines, Esq.
Attorney for Debtor(s)

###