Entered on Docket
October 13, 2009

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

James B. Ball – (#5212)
601 S. 7th Street, Second Floor
Las Vegas, Nevada 89101
(702) 380-8095
fern@poliball.com

Attorneys for Drive Financial Services

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:

Marlene Lavin,

Debtor(s)

No. 09-11890 mkn

Chapter 13

**STIPULATED AGREED ORDER**

Drive Financial Services ("Drive Financial"); Debtor(s) in the above captioned Chapter 13 case ("debtor(s) means Marlene Lavin whether singular or plural"), and Kathleen A. Leavitt, Trustee, hereby stipulate and agree as follows:

1.  That beginning with the September 2009 payment, the Debtor shall resume and maintain the regular monthly payments in the amount of $283.94 to Drive Financial on the 2002 Pontiac Grand Prix VIN #1G2WK52J42F262132, in a timely fashion, outside of any bankruptcy plan.

2. That based on that payment, the Secured Creditor shall defer the past-due post-petition arrearages in the sum of $1509.55 to be paid in equal monthly payments of $251.60 by the 30th of each month for 6 months to begin September 2009.

3. That if the Debtor fails to make any of the payments as stated in this order, or fails to maintain the regular monthly payments to Drive Financial allowing the normal grace period, then Drive Financial may file with the Court and serve upon Debtor and Debtor's counsel, a ten (10) day Notice of Default. If upon the eleventh (11th) day Debtor has failed to cure the delinquency, then Drive Financial may submit to this Court an Order Vacating the Automatic Stay as to the Debtor and the bankruptcy estate. Drive Financial may thereafter proceed with repossession upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof without further notice.

4. The Chapter 13 Trustee shall continue to making payments to the Secured Creditor for pre-petition arrears.

Approved by:

Laura L. Fritz
625 S. 6th St.
Las Vegas, NV 89101
Attorney for Debtor

Kathleen A. Leavitt
201 Las Vegas Blvd. So. #200
Las Vegas, NV 89101
Trustee

RESPECTFULLY SUBMITTED:

By _____
James B. Ball
601 S. 7th Street, Second Floor
Phoenix, Arizona 85101
Attorney for Drive Financial Services

- 2 -